

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

THOMAS E. BROWN                                                                   PLAINTIFF

VS.                                                CIVIL ACTION NO. 4:04CV236LN

LEROY WILLIAMS, WALSH DOHMEN SOUTHEAST, LLC,
DOHMEN DISTRIBUTION PARTNERS SOUTHEAST, LLC,
WALSH HEALTHCARE SOLUTIONS, INC.
AND JOHN DOES 1 THROUGH V                              DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on hearing on the motion *ore tenus* of the Plaintiff, Thomas Brown, *pro se*, and the Defendants, Leroy Williams, Walsh Dohmen Southeast, LLC, Dohmen Distribution Partners Southeast, LLC and Walsh Healthcare Solutions, Inc., to finally dismiss the above styled and numbered cause with prejudice, this matter having been compromised and settled, and Plaintiff and counsel for the Defendants having affixed their signatures below, and having requested that the Court dismiss this action with prejudice, and the Court, having considered said motion and noting the agreement of the parties, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this action is entirely and finally dismissed with prejudice, with each party to bear its own costs.

So ORDERED AND ADJUDGED on this the 30th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:


_____
Plaintiff Thomas Brown, *pro se*


_____
Counsel for Defendants



Prepared by:

Victor A. DuBose, MB No. 8934
vdubose@heidelberglaw.com
HEIDELBERG LAW FIRM, PLLC
P. O. Box 1070
Hattiesburg, MS  39403
Telephone:  601-545-8180
Facsimile:   601-544-7823

Counsel for Defendants

2